UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14088-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LUIS ALBERTO HIDALGO-ALTUZAR,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a hearing on defendant's Motion to Suppress Post-Arrest Statement **(D.E.#22).**

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, Jr, on January 3, 2011. A Report and Recommendation was filed on January 7, 2011, (D.E.#27), recommending that the Defendant's Motion to Suppress Post-Arrest Statement be denied. The Court also notes defendant's filing of concession to the Report and Recommendation. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of January, 2011.

                                     JOSE E. MARTINEZ
                                     UNITED STATES DISTRICT JUDGE

Copied:
Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office